AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

FILED
SEP 06 2007
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER: CR07-00573JF

I, Juan Carlos Lopez-Serrano, the above named defendant, who is accused of

8 USC §1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/6/07 prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer