UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Disposition and Sentencing Hearing, September 12, 2007
**Case Number:** CR-07-00573-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Irene Rodriguez

**TITLE:** UNITED STATES OF AMERICA V. JUAN LOPEZ-SERRANO

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Juan Lopez-Serrano |
| Attorneys Present: Jeffrey Schenk | Attorneys Present: Lara Vinnard |

PROCEEDINGS:
   Disposition and Sentencing hearing held. Counsel, Spanish interpreter Lupita Arce and defendant are present. Defendant pleads guilty to count 1 of the Information. Defendant is sentenced to 1 month prison; 3 years supervised release; and $100.00 special assessment.