UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION



Filed

SEP 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>V.<br><br>JUAN CARLOS LOPEZ-SERRANO,<br>Defendant. | Case No. CR-07-00573-JF<br><br>SEALING ORDER PURSUANT<br>TO GENERAL ORDER 54 |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

    ___    Presentence Report

    ___    Plea Agreement

    _x_    Statement of Reasons

IT IS SO ORDERED.

DATED: September 21, 2007

_____
JEREMY FOGEL
United States District Judge